IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA BROWN,         Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, NEBRASKA,         Defendant. | Case No. 8:03CV485<br><br>**ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Tom White represented plaintiff and Wendy Hahn represented the defendant. After reviewing the status of the case and by the agreement of counsel,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **August 25, 2005 at 1:30 p.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 26th day of May 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge