IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:03cv485 |
| vs. | ) | |
| | ) | ORDER |
| CITY OF OMAHA, NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the court for a telephonic hearing with counsel. Thomas White represented the plaintiff and Wendy Hahn represented the defendant. After discussing the status of the case and argument of counsel,

**IT IS ORDERED:**

1. The deadline for the plaintiff, Linda Brown, to file her response to defendant's motion for partial summary judgment is extended and shall be filed **on or before July 14, 2005**.

2. Defendant City of Omaha's reply brief shall be filed **on or before August 15, 2005.**

Dated this 6th day of July 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge