IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA BROWN, | ) | |
| | ) | Case No. 8:03CV485 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CITY OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the court on its own motion to reschedule the August 22, 2005 Rule 16 planning conference.

**IT IS ORDERED:**

1. The planning conference is rescheduled to **Thursday, September 8, 2005 at 9:00 A.M.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel who wish to participate by telephone should so notify opposing counsel and then the court at (402) 661-7340.

Dated this 5th day of August 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge