## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA BROWN, | ) | Case No.  8:03-CV-485 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| CITY OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes on for consideration on the Plaintiff's Motion to Dismiss without prejudice, of only the claims in the above matter relating to or arising out of a denial of pension benefits to the Plaintiff, and the Court finds that, for good cause shown, only the claims in the above matter relating to or arising out of a denial of pension benefits to the Plaintiff.

IT IS HEREBY ORDERED that only the above claims shall be dismissed without prejudice.

**DATED October 13, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge